**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 13, 2022

**BY EMAIL**
Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Henry Jones, et. al.*, S1 21 Cr. 570 (MKV)

Dear Judge Freeman:

One defendant in the above-captioned case was arrested and presented before the Honorable Judge Moses yesterday. Due to an inadvertent error, the superseding indictment was not unsealed in advance of the presentment in Magistrate Court. Accordingly, the Government writes to respectfully request that the Court formally unseal the above-referenced superseding indictment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Courtney Heavey
Courtney Heavey
Assistant United States Attorney
(212) 637-2413

SO ORDERED: 1/13/2022

_____
HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE