```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, and JAMIE WILKINS,<br><br>                     Defendants. | 21-cr-00570 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the bail review hearing for Defendant Jamie Wilkins is scheduled for February 9, 2022 at 2:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that the bail review hearing for Defendant Cassius Miller is scheduled for February 9, 2022 at 2:30 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Date: **February 3, 2022**
      **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**