```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, and JAMIE WILKINS,

Defendants.

21-cr-00570 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The court is in receipt of a letter from Defendant Cassius Miller withdrawing his application for bail without prejudice. [ECF No. 62].

IT IS HEREBY ORDERED that the bail review hearing for Defendant Cassius Miller scheduled for February 9, 2022 at 2:30 PM is ADJOURNED *sine die*.

**SO ORDERED.**

Date: February 3, 2022
New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**