```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, and JAMIE WILKINS,

                     Defendants.

21-cr-00570 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the status conference scheduled for February 15, 2022 at 3:00 PM is ADJOURNED to February 22, 2022 at 2:30 PM. The conference will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

      In the interest of justice, all time from today to February 22, 2022 is excluded under the speedy trial act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial. Defendants consent to the exclusion of time.

**SO ORDERED.**

**Date:  February 3, 2022**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**