

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2022

**BY EMAIL**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Henry Jones, et. al.*, S2 21 Cr. 570 (MKV)

Dear Judge Wang:

    A defendant was arrested in connection with the above-captioned case and is scheduled to be presented before Your Honor today. Accordingly, the Government writes to respectfully request that the Court unseal the above-referenced superseding indictment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Courtney Heavey
    Courtney Heavey
    Assistant United States Attorney
    (212) 637-2413

SO ORDERED:

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE