UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, JAMIE WILKINS, DAIVON MORGAN, ROBERTO ESPINOSA, AMIER WILSON, DAVION TRUSTY, and JUAN REYES<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/8/2023<br><br>21-cr-570 (MKV)<br><br>**SCHEDULING ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of two letters from the Government filed on February 7, 2023 and February 8, 2023. [*See* ECF Nos. 114, 115.] The request to adjourn the February 15, 2023 Status Conference is GRANTED. The February 15, 2023 Status Conference is ADJOURNED to April 11, 2023 at 10:30 AM. The motions deadline is ADJOURNED to May 2, 2023.

On the application of the Government, it is HEREBY ORDERED that, in the interest of justice, all time from today to April 11, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendants in a speedy trial in that it will allow time for the Defendants to review discovery, and for the parties to engage in discussions concerning a possible pretrial disposition of this matter. All Defendants consent to the exclusion of time. [ECF No. 115.]

The Clerk of Court is respectfully requested to terminate docket entry 114.

**SO ORDERED.**

**Date: February 8, 2023**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**