```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, JAMIE WILKINS, DAIVON MORGAN, ROBERTO ESPINOSA, AMIER WILSON, DAVION TRUSTY, and JUAN REYES

Defendants.

1:21-cr-00570-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the Government and all Defendants who have not yet pleaded guilty shall appear for a status conference on December 12, 2023 at 2:30 PM. The Court will address the parties' letter regarding the estimated length of trial [ECF No. 178] at that time. The parties are DIRECTED to file a joint letter providing any updates to the Court with respect to the estimated length of trial at least one week in advance of the conference, by December 5, 2023.

IT IS FURTHERED ORDERED that all motions, including motions *in limine*, are due in accordance with the dates set forth in the Trial Scheduling Order dated October 3, 2023. [ECF No. 161]. Any request for extension or adjournment must be filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

**Date: October 26, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**