UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2023
```

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, JAMIE WILKINS, DAIVON MORGAN, ROBERTO ESPINOSA, AMIER WILSON, DAVION TRUSTY, and JUAN REYES

Defendants.

1:21-cr-00570-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On or before December 1, 2023, the parties are HEREBY DIRECTED to file a joint letter, advising the Court whether the recently enacted amendments to the Sentencing Guidelines are implicated in this case with respect to the sentencing of Defendant Juan Reyes that was previously scheduled for October 30, 2023 and adjourned to December 8, 2023.

**SO ORDERED.**

Date: November 16, 2023
New York, NY

MARY KAY VYSKOCIL
United States District Judge