USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2024

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            -against-

HENRY JONES

            Defendant.

---

1:21-cr-00570-2 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that the sentencing of Defendant Henry Jones, previously scheduled for February 26th, 2024 at 2:00 PM, is adjourned to May 21st, 2024 at 11:00 AM. Defense submissions are due by May 7th and the government submissions are due by May 14th. No further adjournments will be granted absent compelling circumstances. The Clerk of Court respectfully is requested to terminate the letter motion pending at docket entry 248.

**SO ORDERED.**

**Date: February 16, 2024**

                              HONORABLE MARY KAY VYSKOCIL
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK